CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMAD TAMIM KHALILI,<br><br>             Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*<br><br>            Defendants. | Case No. 3:25-cv-05570-JD<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [~~PROPOSED~~] ORDER** |

      Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

      Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1.    The court will remand this case to USCIS for adjudication of Plaintiff's Form N-400, Application for Naturalization.

2.    Following the Court's order remanding this case to USCIS, and barring any unforeseen circumstances, USCIS will schedule Plaintiff for a re-interview to occur during the week of September 22, 2025.

3.    If USCIS does not require additional evidence from Plaintiff following the re-interview, and barring any unforeseen circumstances, USCIS will issue a final decision or a Notice of Intent to Deny ("NOID") on Plaintiff's application within 45 days of the re-interview.

4.    If USCIS determines that additional evidence is required from Plaintiff following the re-interview, and barring any unforeseen circumstances, USCIS will issue a Request for Evidence ("RFE") within 14 days of the re-interview. Upon receipt of Plaintiff's response to the RFE, and barring any unforeseen circumstances, USCIS will issue either a final decision or a NOID within 45 days.

5.    If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frames set forth above, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

6.    Each party shall bear its own costs and fees.

Dated: September 8, 2025                    Respectfully submitted,[1]

                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney

                                                                */s/ Elizabeth Kurlan*
                                                               ELIZABETH D. KURLAN
                                                               Assistant United States Attorney
                                                               Attorneys for Defendant

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: September 8, 2025

                                        */s/ Joye Wiley*
                                        JOYE WILEY
                                        Wiley & Jobson LLP
                                        Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 10, 2025

                                        HON. JAMES DONATO
                                        United States District Judge